# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kudrle, Larry A. | 2. Court or Organization<br><br>U.S. District Court, Northern District of New York | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Part Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>14 Durkee Street, Suite 360<br>Plattsburgh, New York 12901 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/20/2011 | New York Supreme Court, Appellate Division, Third Department (see #Viii) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kudrle, Larry A. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | New York Supreme Court, Appellate Division, Third Department | $150,502.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kudrle, Larry A. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kudrle, Larry A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Income Fund Class A | A | Dividend | | | Sold | 09/02/11 | J | A | |
| 2. UBS Global Allocation Fund Mutual Fund | B | Dividend | | | Sold | 9/2/11 | K | A | |
| 3. Hartford Capital Appreciation Fund Mutual Fund | A | Dividend | | | Sold | 09/02/11 | K | A | |
| 4. Columbia High Yield Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Drefus Mid Cap Index Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Schwab - Cash | A | Dividend | K | T | | | | | |
| 7. MFS Bond Fund Mutual Fund | A | Int./Div. | J | T | | | | | |
| 8. UBS Pace Large Co. Growth Fund | A | Dividend | | | Sold | 8/31/11 | K | C | |
| 9. UBS Pace Int. Emerging Mkts Mutual Fund | A | Dividend | | | Sold | 8/31/11 | J | A | |
| 10. UBS Pace Large Co. Value Mutual Fund | A | Dividend | | | Sold | 8/31/11 | K | A | |
| 11. UBS Pace Intl. Equity Int. Mutual Fund | A | Dividend | | | Sold | 8/31/11 | K | A | |
| 12. UBS Pace Small Growth Mutual Fund | A | Dividend | | | Sold | 8/31/11 | J | B | |
| 13. UBS pace Small Value Eq. Mutual Fund | A | Dividend | | | Sold | 8/31/11 | J | A | |
| 14. UBS Pace Global Fixed Int. Mutual Fund | A | Dividend | | | Sold | 8/31/11 | K | B | |
| 15. UBS Pace Intermediated Fixed Mutual Fund | A | Dividend | | | Sold | 8/31/11 | J | A | |
| 16. UBS Pace Strategic Fixed Inc. Mutual Fund | A | Dividend | | | Sold | 8/31/11 | J | A | |
| 17. UBS Pace Alternative Stock Mutual Fund | A | Dividend | | | Sold | 8/31/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Money Market | A | Interest | K | T | | | | | |
| 19. Community Bank - cash (previously Citizens Bank) | A | Interest | J | T | | | | | |
| 20. Chase Bank - Cash | A | Interest | J | T | | | | | |
| 21. Franklin High Income Fund - FVHIX | B | Interest | K | T | Buy | 09/01/11 | K | | |
| 22. First Eagle Funds Global Fund SGIIX | A | Interest | K | T | Buy | 9/1/11 | L | | |
| 23. Hartford Mutual Funds Capital Appreciation Fund ITHIX | A | Interest | K | T | Buy | 9/1/11 | K | | |
| 24. Manning & Napier Pro Blend EXHAX | A | Interest | J | T | Buy | 9/1/11 | K | | |
| 25. Manning & Napier Pro Blend MNBAX | A | Interest | K | T | Buy | 9/1/11 | K | | |
| 26. Oppenheimer Developing Mkts ODVYX | A | Interest | J | T | Buy | 9/1/11 | K | | |
| 27. PIMCO FDS PAC INVT PTTRX | A | Interest | K | T | Buy | 9/1/11 | K | | |
| 28. Templeton Funds Income GLB TGBAX | B | Interest | K | T | Buy | 9/1/11 | K | | |
| 29. Wells Fargo Funds Emerging Growth Fund WFGDX | A | Interest | J | T | Buy | 9/1/11 | J | | |
| 30. First Eagle Funds SGIIX | A | Interest | J | T | Buy | 9/2/11 | J | | |
| 31. IVY FDS INC INOIX | A | Interest | J | T | Buy | 9/12/11 | J | | |
| 32. Loomis Syles Funds II LSWWX | A | Interest | J | T | Buy | 9/2/11 | J | | |
| 33. Manning Napier Fund MNBAX | A | Interest | J | T | Buy | 9/2/11 | J | | |
| 34. Trust #1: (Header) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hartord Capital Appreciation Mutual Fund | A | Dividend | | | Sold | 9/2/11 | L | A | |
| 36. Pimco Low Duration Fund Mutual Fund | C | Interest | | | Sold | 9/1/11 | K | A | |
| 37. UBS Global Allocation Fund Mutual Fund | C | Dividend | | | Sold | 8/31/11 | L | A | |
| 38. UBS Money Market - cash | A | Int./Div. | | | Sold | 8/31/11 | L | A | |
| 39. UBS US Bond Fund Class A | B | Interest | | | Sold | 9/6/11 | K | B | |
| 40. UBS High Yield CLA | B | Interest | | | Sold | 09/2/11 | K | A | |
| 41. Franklin High Income Fund Class A - FVHIX | B | Interest | K | T | Buy | 9/1/11 | K | | |
| 42. First Eagle Funds Inc. Global Fund Class I - SGIIX | A | Interest | K | T | Buy | 9/1/11 | K | | |
| 43. Manning & Napier Fund EXDAX | B | Interest | M | T | Buy | 9/1/11 | M | | |
| 44. Manning & Napier Fund EXBAX | B | Interest | M | T | Buy | 9/1/11 | M | | |
| 45. PIMCO Funds PAC PTLDX | A | Interest | K | T | Buy | 9/1/11 | K | | |
| 46. Templeton Funds TGBAX | B | Interest | K | T | Buy | 9/1/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kudrle, Larry A. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II & III

I am an independent contractor with the NYS Supreme Court, Appellate Division, Third Department to provide legal representation for children in Clinton County, New York.

Out of that amount listed in Block III, I pay office expenses. I entered into a renewal of that contract effective July 20, 2011. I will enter another renewal on April 1, 2012.

I & VII

As to Trust #1, I am the trustee of a trust established by a former client who died in the year 2000. Currently I take no commissions as trustee. The assets are cash and mutual funds listed in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Kudrle, Larry A. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Larry A. Kudrle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544